### DOGGETT v. DOGGETT et al.

No. 13115—Opinion Filed Sept. 15, 1925.

Action between Anna Doggett and E. E. Doggett et al. From the judgment, the former brings error. Reversed and remanded.

P. W. Cress, for plaintiff in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial, for failure of defendant in error to file brief as provided by rule 7 of this court.